UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

December 11, 2000

MEMORANDUM TO COUNSEL AND MS. MOORE RE:
    Moore v. Maryland General
    <u>Civil No. AMD 00-3095</u>

    Ms. Moore has written to me with certain complaints and indicating that her counsel "was quitting and would no long[er] represent" her. I simply want to make it clear to her that no lawyer may withdraw from a case without the court's permission and no such request has been made in this case.

    Please note that the scheduling order issued in this case will be strictly enforced.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

