# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 18, 2000



MEMORANDUM TO COUNSEL AND MS. MOORE RE:

>Moore v. Maryland General Hospital
>Civil No. AMD 00-3095

    I am calendaring a short hearing for Thursday, December 21, 2000, at noon, in Courtroom 5B, to consider the motion to withdraw counsel. Ms. Moore is expected to appear. The hearing will be very brief.

    Despite the informal nature of this Order, it shall be docketed by the Clerk.

>Very truly yours,
>
>Andre M. Davis
>United States District Judge

AMD:tt
cc: Court file