## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

[FILED — DISTRICT OF MARYLAND — 2000 DEC 21 P 12:45 — AT BALTIMORE]

| | |
|---|---|
| STEPHANIE E. MOORE | * |
| Plaintiff | * |
| vs. | *  Civil Action No.: AMD 00-3095 |
| MARYLAND GENERAL HOSPITAL | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of Plaintiff counsel's Motion for Enlargement of Time,

It is this 21 day of Dec., 2000, by the United States District Court for the District of Maryland,

O R D E R E D, that the Motion for Enlargement of Time is hereby GRANTED, and all deadlines are enlarged by 45 days.

_____
Judge Andre M. Davis


cc:   Morton Edelstein, Esquire
      Tracy A. Warren, Esquire
      Stephanie E. Moore

