# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

STEPHANIE E. MOORE

    Plaintiff                          *

vs.                                    *     Civil Action No.: AMD 00-3095

MARYLAND GENERAL HOSPITAL   *

    Defendant                      *

**********************************************************************

## ORDER

Upon consideration of Plaintiff counsel's Motion for Withdrawal of Appearance, It is this ___ day of Dec., 2000, by the United States District Court for the District of Maryland,

O R D E R E D, that the Motion for Withdrawal of Appearance is hereby GRANTED, and the appearance of Morton Edelstein, Esquire be and is hereby withdrawn as counsel for the Plaintiff, Stephanie E. Moore.

                                                    _____
                                                    Judge Andre M. Davis

cc:     Morton Edelstein, Esquire
        Tracy A. Warren, Esquire
        Stephanie E. Moore

