IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHANIE E. MOORE,  :
    Plaintiff  :
      :
v.  :  Civil No. AMD 00-3095
      :
MARYLAND GENERAL  :
HOSPITAL,  :
    Defendant  :

...o0o...

ORDER

In accordance with the letter request of plaintiff for voluntary dismissal of this case, it is this 7th day of February, 2001, ORDERED

(1) That this case is DISMISSED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel and to plaintiff pro se.

_____
ANDRE M. DAVIS
United States District Judge

**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF  
ANDRE M. DAVIS  
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE  
101 W. LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0801  
FAX (410) 962-0820

February 7, 2001

FILED ENTERED  
LODGED RECEIVED

FEB 07 2001

AT BALTIMORE  
CLERK U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

MEMORANDUM TO MS. MOORE AND COUNSEL RE:

      Moore v. Maryland General Hospital  
      <u>Case No. AMD 00-3095</u>

    This will acknowledge Ms. Moore's letter dated February 1, 2001, copies of which I understand she sent to counsel. I regret Ms. Moore's inability to make a satisfactory arrangement with a new lawyer. I do not believe this is a case in which the Court should exercise its discretion to appoint an attorney. Under the circumstances, therefore, as I understand that Ms. Moore does not wish to proceed without counsel, I am entering an order of voluntary dismissal of this case.

                Very truly yours,

                Andre M. Davis  
                United States District Judge

AMD:tt  
cc: Court file

